STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

LAWRENCE L. TONG
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone:  (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 1 9 2000

at ___ o'clock and ___ min. ___ M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. **CR00-00163 DAE** |
| | ) | |
| Plaintiff, | ) | INDICTMENT |
| | ) | |
| vs. | ) | |
| | ) | 18 U.S.C. § 1029 |
| WAI RAYMOND WONG, | ) | [Access Device Fraud] |
| | ) | |
| Defendant. | ) | |

INDICTMENT

The Grand Jury charges:

From on or about March 9, 2000, through on or about
March 13, 2000, in the District of Hawaii, WAI RAYMOND WONG did
knowingly, and with intent to defraud, use a counterfeit access
device, namely, a counterfeit Visa credit card bearing account
number 4384-3400-0404-2626 and purportedly issued in the name
"Sammy Chan," to obtain goods and services having an approximate
value of $38,921.57, and thereby had an effect on interstate
commerce.

In violation of Title 18, United States Code, section 1029(a)(1).

DATED: Honolulu, Hawaii, April 19, 2000.

A TRUE BILL

/s/

_____
FOREPERSON, GRAND JURY

_____
STEVEN S. ALM
United States Attorney
District of Hawaii

_____
ELLIOT ENOKI
First Assistant U.S. Attorney

_____
LAWRENCE L. TONG
Assistant U.S. Attorney

<u>United States v. Wai Raymond Wong</u>
"Indictment"
Cr. No. _____

2